## DUANE K. BANKS *v.* COMMISSIONER OF CORRECTION

The petitioner Duane K. Banks' petition for certification for appeal from the Appellate Court, 124 Conn. App. 904 (AC 30704), is denied.

*Robert T. Rimmer*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided November 10, 2010

## STATE OF CONNECTICUT *v.* JEFFREY M. SKELLY

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 161 (AC 30936), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided November 10, 2010

## MAJELLA W. SCHWARZ *v.* ALAN L. SCHWARZ

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 472 (AC 31337), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Arnold M. Potash*, in support of the petition.

Decided November 10, 2010